FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2023

No. 04-22-00564-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**,
Appellant

v.

Curtis **BROWN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04336
Honorable Nicole Garza, Judge Presiding

## O R D E R

　　The reporter's record was originally due November 17, 2022 but was not filed. On November 29, 2022, this court notified the court reporter by letter that the reporter's record was late and instructed the court reporter to file the record by December 29, 2022. As of the date of this order, the reporter's record has not been filed. We therefore **ORDER** the court reporter to file the record **by January 17, 2023**. In the unforeseen event that the court reporter does not comply with this order, we may be required to initiate contempt proceedings.

_____
Beth Watkins, Justice

　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court